**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 0 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK 

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | **UNDER SEAL** |
| v. | [PROPOSED] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT |
| WILLIAM WAYNE ERNST, | |
| Defendant. | |

2:14 - MJ - 1 2 6    EFB

## ORDER

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 6-9-2014

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE